IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-00155-F-1
No. 5:11-CV-00221-F

| | |
|---|---|
| CARLOS JAVIER MEDINA-CASTELLANOS, )<br>           Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>           Respondent. ) | ORDER |

This matter is before the court on Carlos Javier Medina-Castellanos' pending Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-261]. In his seventh claim, Medina-Castellanos alleges that his attorney provided ineffective assistance of counsel when she failed to present an accurate interpretation to support her motion for a mistrial based on the erroneous translation of testimony provided by interpreter Perez. [DE-273] at 17-18. This argument includes no references to the transcript from either trial. Within ten (10) days hereof, Medina-Castellanos' appointed counsel is DIRECTED to file references to the trial transcript to support this claim.

SO ORDERED.

This, the 23rd day of December, 2014.

                                                                     James C. Fox
                                                                     Senior United States District Judge